SCOTT PETERMAN et al., Respondents, v GEORGE PATAKI, as Governor of the State of New York, et al., Respondents. ONEIDA INDIAN NATION OF NEW YORK et al., Appellants. (Appeal No. 2.) [801 NYS2d 212]—Appeal from an order of the Supreme Court, Oneida County (James W. McCarthy, A.J.), entered November 29, 2004. The order denied the motion of Oneida Indian Nation of New York and Ray Halbritter for leave to reargue.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Empire Ins. Co. v Food City*, 167 AD2d 983, 984 [1990]). Present—Pigott, Jr., P.J., Green, Gorski, Smith and Lawton, JJ.